IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVIA LEE,

    Plaintiff,

  v.

CONSUMER COLLECTION MANAGEMENT, INC.,

    Defendant.

No. C 11-04723 WHA

**ORDER DENYING MOTION TO APPEAR BY TELEPHONE**

The Court **DENIES** defendant's request to attend the case management by telephone because the courtroom telephone equipment is not conducive to holding hearings thereon.

**IT IS SO ORDERED.**

Dated: December 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE