IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSUMER COLLECTION MANAGEMENT, INC.,<br><br>    Defendant.<br>                             / | No. C 11-04723 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges receipt of defendant's notice of settlement but advises that all deadlines and hearings remain in effect and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 14, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE