IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVIA LEE,

    Plaintiff,

v.

CONSUMER COLLECTION MANAGEMENT, INC.,

    Defendant.
_____/

No. C 11-04723 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges receipt of defendant's notice of settlement but advises that all deadlines and hearings remain in effect and in place until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: December 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE